*Mary Scopas*
*207th Judicial District Court Reporter*
*Serving Comal, Hays and Caldwell Counties*
*(512) 757-0387*
*Scopam@co.comal.tx.us*


April 30, 2015


First Court of Appeals
Via TAMES Portal


Re:  Court of Appeals Cause No. 03-15-00125-CR and
     03-15-00126, James Montoya v. The State of Texas,
     Trial Court Cause No. CR12-00635 and CR12-00637.


To Whom it May Concern:

     I am respectfully requesting an extension due to the fact that I believed a Motion for New Trial was filed in this case and thus allowing 120 days to produce the record.

     Thank you in advance for your courtesies.


                    Regards,


                    Mary Scopas, CSR 5313
                    Expiration:  12-31-16